# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Spencer DiMura**
        Plaintiff(s)

vs.                    **CASE NUMBER: 5:25-cv-00632-CBF**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the final decision of the Defendant Commissioner of Social Security is REVERSED, and this matter is REMANDED to the Commissioner for further administrative action. This case is DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991) and pursuant to the Order of the Honorable Carla B. Freedman dated February 27, 2026.

DATED: February 27, 2026

_____
Clerk of Court

s/_____
Penny Jezerski
Deputy Clerk